1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10  JAMES D. EVERSOLE,
                                        NO. CIV. S-08-910 LKK/EFB
11           Plaintiff,
12       v.
13  BLUE & GOLD FLEET, L.P.,
14           Defendant.
15  _____/

16       Pursuant to the telephone conference held on January 5, 2009,
17  the scheduling order is AMENDED as follows:
18       1.   All discovery shall be conducted so as to be completed
19            no later than May 31, 2009, with expert disclosure due
20            60 days prior;
21       2.   All Law and Motion matters shall be filed so as to be
22            heard no later than July 31, 2009;
23       3.   The final pretrial conference is set for November 2,
24            2009 at 2:00 p.m.;
25       4.   The trial is estimated for ten days, and is set for
26            February 2, 2010.

1

```
1        IT IS SO ORDERED.
2        DATED:  January 9, 2009.
3
4                                    /s/ Lawrence K. Karlton
5                                    LAWRENCE K. KARLTON
                                     SENIOR JUDGE
6                                    UNITED STATES DISTRICT COURT
```

2