**COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP**
Terence S. Cox (SBN 076142)
Galin G. Luk (SBN 199728)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Defendant
Blue & Gold Fleet, L.P. and
the City of Vallejo

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. EVERSOLE, | CIV. No.: S-08-910 LKK/EFB |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING DEADLINE TO DESIGNATE EXPERT WITNESSES** |
| v. | |
| BLUE & GOLD FLEET, L.P., | |
| Defendant. | **Trial Date: February 2, 2010** <br> **Judge Lawrence Karlton** |

The plaintiff, James D. Eversole, and the defendant, Blue & Gold, L.P., by and through their counsel, hereby jointly submit, for good cause, the Stipulation and (Proposed) Order Continuing Deadline to Designate Expert Witnesses ("Stipulation") as follows:

**I.    BACKGROUND**

This is an Jones Act personal injury action arising from James Eversole's employment as a deckhand with Blue & Gold Fleet, L.P ("Blue & Gold"). On January 5, 2009, a telephone conference was held to discuss changes to the scheduling order. On January 9, 2009, the Court issued an Order amending the scheduling order which, *inter alia*, set a new trial date of February 2, 2010, continued discovery cut-off until May 31, 2009, and set an expert disclosure deadline 60 days prior to that date (April 1, 2009). Previously, the expert

PDF created with pdfFactory trial version www.pdffactory.com

disclosure date was set at 30 days before discovery cut-off.

## II. REASONS FOR THE REQUEST

The parties have been diligently conducting discovery in this action but they have not yet been able to complete sufficient liability, medical and damages discovery to allow the parties to properly identify all subject areas on which expert opinion testimony is needed and to select and retain all of their necessary expert witnesses. Discovery cut-off is not until May 31, 2009. The Parties therefore agree and respectfully request for these reasons, that a continuance of the deadline for disclosure of expert witnesses be continued 30 days until May 1, 2009.

**IT IS SO STPULATED.**

Dated: March 9, 2009          BANNING MICKLOW & BULL LLP


By: /S/ Kurt Micklow
Kurt Micklow
Attorneys for Plaintiff
ROBERT GOLDSWORTHY

Dated:                        COX, WOOTTON, GRIFFIN,
                              HANSEN & POULOS, LLP


By: /S/ Terence S. Cox
Terence S. Cox
Attorneys for Defendant
Blue & Gold Fleet, L.P.

**ORDER**

**IT IS SO ORDERED.**

Dated: March 13, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com